962 So.2d 357 (2007)
John T. KOULIANOS, Anne Koulianos, Thomas Leone, Jacqueline Leone, Donald Roberts and Julia Roberts, Appellants,
v.
METROPOLITAN LIFE INSURANCE COMPANY, Appellee.
Nos. 4D06-3753 to 4D06-3755.
District Court of Appeal of Florida, Fourth District.
July 18, 2007.
Daniel F. O'Shea of Reyes, O'Shea & Coloca, P.A., Miami, for appellants.
Matthew J. Conigliaro and Jeffrey A. Cohen of Carlton Fields, P.A., Miami, and Jeffrey E. McFadden of Steptoe & Johnson, LLP, Washington, D.C., for appellee.
PER CURIAM.
Affirmed. See Kish v. A.W. Chesterton Co., 930 So.2d 704 (Fla. 3d DCA 2006).
GUNTHER, FARMER and MAY, JJ., concur.